UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

SEAFREIGHT LINE LTD.

    Plaintiff,

vs.

VALU FREIGHT CONSOLIDATORS, INC.,
S & S FORWARDERS, LTD. and
STREET & STREET, INC.

    Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff SEAFREIGHT LINE LTD., ("SEAFREIGHT") by and through its undersigned attorneys, and files this, its Complaint against Defendants VALU FREIGHT CONSOLIDATORS, INC., S & S FORWARDERS, LTD. and STREET & STREET, INC. as follows:

1. This is an action for breach of contract in excess of $15,000.00 and is within the jurisdiction of this Court.

2. At all times material, SEAFREIGHT was a foreign corporation engaged in business as a common carrier of goods by water for hire.

3. At all times material hereto, VALU FREIGHT CONSOLIDATORS, INC. has been and continues to be a corporation organized under the laws of Florida, located in Miami Dade County Florida, and doing business in Miami

Page -2-

Florida, and is subject to the personal jurisdiction of this Court.

4. At all times material hereto, VALU FREIGHT CONSOLIDATORS, INC., INC. was the shipper of the cargo identified in the bills of lading attached hereto.

5. At all times material hereto, S & S FORWARDERS, LTD. has been a foreign business entity doing business in Miami Florida, and is subject to the personal jurisdiction of this Court.

6. At all times material hereto, S & S FORWARDERS, LTD. was the consignee of the cargo identified in the bills of lading attached hereto.

7. At all times material hereto, STREET & STREET, INC. has been and continues to be a corporation organized under the laws of Florida, located in Miami Dade County Florida, and doing business in Miami Florida, and is subject to the personal jurisdiction of this Court.

8. At all times material hereto, STREET & STREET, INC. was the assignee of rights and responsibilities of S & S FORWARDERS, LTD. as consignee of the shipments identified in the bills of lading attached hereto and thereby became obligated to satisfy the obligations of the consignee with respect to said shipments, including its joint and several

obligation to remit payment of freight and shipping charges identified in the bills of lading attached hereto.

9. Pursuant to contracts of carriage for the transportation of goods between Port Everglades, Florida and Kingston, Jamaica for agreed shipping charges, as set forth in SEAFREIGHT bills of lading number B/L NO.: PVSKIN 08730; 8924; 8925; 8984; 8981; 9469; 9882; 9844; 9963; 10002; 10008; 10080; and 10114, attached hereto as composite exhibit "A", VALU FREIGHT CONSOLIDATORS, INC., S & S FORWARERS, LTD. and STREET & STREET, INC. are jointly and severally responsible for the freight and shipping charges described therein to SEAFREIGHT.

10. The transportation services described in the attached bills of lading were performed by SEAFREIGHT, and VALU FREIGHT CONSOLIDATORS, INC., S & S FORWARERS, LTD. and STREET & STREET, INC. benefited thereby, yet neither VALU FREIGHT CONSOLIDATORS, INC., S & S FORWARERS, LTD. nor STREET & STREET, INC. has made payment for the services rendered by SEAFREIGHT to date, despite repeated demands.

11. That no payment has been made to SEAFREIGHT for the services described in the attached bills of lading to date.

12. That Defendants VALU FREIGHT CONSOLIDATORS, INC.,

...

S & S FORWARERS, LTD., and STREET & STREET, INC. have refused to pay any portion of the aforesaid freight charges, and are not entitled to any offset against the said the freight charges which remain due and owing.

13. That the Plaintiff has retained the law firm of BLANCK & COOPER, P.A. for the purpose of collecting the aforesaid indebtedness and is obligated thereby for attorney's fees and costs pursuant to the terms and conditions of the bills of lading attached hereto.

WHEREFORE, SEAFREIGHT LINES LTD. prays for judgment against Defendants VALU FREIGHT CONSOLIDATORS, INC., S & S FORWARERS, LTD. and STREET & STREET, INC. for monetary damages in the amount of $184,493.00, plus prejudgment interest, attorney fees and costs, and such other and further relief deemed appropriate by the Court.

Dated on this __2nd__ day of __June__, 2010.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177
Facsimile:  (305) 663-0146

BY: __//s// Jonathan S. Cooper__
Jonathan S. Cooper, Esquire
Florida Bar Number: 99376